# (April 9, 1984)

■ In the Matter of the Dissolution of CRISTO BROS., INC. NICHOLAS A. CRISTO, Respondent; SEBASTIAN CRISTO, Appellant. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that a question of law, decisive of the correctness of its determination, has arisen, which in its opinion, ought to be reviewed by the Court of Appeals: "Did this court err as a matter of law in granting respondent's cross petition to purchase petitioner's stock pursuant to section 1118 of the Business Corporation Law?" Mahoney, P. J., Main, Casey, Weiss and Yesawich, Jr., JJ., concur.

■ In the Matter of DONALD FRAZIER, Petitioner, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. — Application for leave to appeal, treated as an application pursuant to CPLR 5704 (subd [a]), denied (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.